IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 JUN -5  AM 10: 59

UNITED STATES OF AMERICA,
    Plaintiff,

-vs-

(2) CHASE RYAN SMITH,
    Defendant.

CAUSE NO.:
A-17-CR-00175-SS

**ORDER**

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 30, 2017, wherein the defendant Chase Ryan Smith waived appearance before this Court and appeared before the United States Magistrate Judge Andrew W. Austin for the taking of a felony guilty plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty and the plea agreement be accepted by the undersigned, and noting no opposition by defendant Chase Ryan Smith to the Report and Recommendation, the Court enters the following order:

IT IS THEREFORE ORDERED that the defendant Chase Ryan Smith's plea of guilty to Count 1 is accepted, but the Court reserves acceptance of the plea agreement until the sentencing hearing.

SIGNED this the 5th day of June 2017.

_____
UNITED STATES DISTRICT JUDGE